948

No. 85–424. MEAD, A MINOR, BY MEAD, HIS FATHER AND NEXT FRIEND v. UNITED STATES    C. A. 7th Cir.    Certiorari denied.

No. 85–435. CITY OF GAINESVILLE, FLORIDA v. ISLAND CREEK COAL SALES CO.    C. A. 6th Cir.    Certiorari denied.

No. 85–436. FLORIDA STATE UNIVERSITY HEALTH CENTER ET AL. v. JOSHI.    C. A. 11th Cir.    Certiorari denied.

No. 85–439. CALIFORNIA EX REL. COOPER, CITY ATTORNEY OF SANTA ANA, CALIFORNIA v. MITCHELL BROTHERS' SANTA ANA THEATER ET AL.    Ct. App. Cal., 4th App. Dist.    Certiorari denied.

No. 85–449. ISLAMIC REPUBLIC OF IRAN ET AL. v. MCDONNELL DOUGLAS CORP.    C. A. 8th Cir.    Certiorari denied.

No. 85–453. SAN ANTONIO INDEPENDENT SCHOOL DISTRICT v. CITY OF SAN ANTONIO.    Ct. App. Tex., 4th Sup. Jud. Dist.    Certiorari denied.

No. 85–454. SIBAJA ET AL. v. DOW CHEMICAL CO. ET AL.    C. A. 11th Cir.    Certiorari denied.

No. 85–464. MEYERS INDUSTRIES, INC. v. PRILL ET AL.    C. A. D. C. Cir.    Certiorari denied.

No. 85–479. MEDINA v. UNITED STATES ET AL.    C. A. 1st Cir.    Certiorari denied.

No. 85–480. STRODE v. GREGORY ET AL.    Ct. App. Cal., 3d App. Dist.    Certiorari denied.

No. 85–491. RAZZANO ET AL. v. DUNLOP TIRE & RUBBER CO., INC.    C. A. 4th Cir.    Certiorari denied.

No. 85–511. PAK-MOR MANUFACTURING CO. v. JONES ET AL.    Sup. Ct. Ariz.    Certiorari denied.